NUMBER 13-08-00564-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

HOME-OWNERS INSURANCE COMPANY, Appellant,


v.



PATRICIA WILDEY, Appellee. 

 

_____________________________________________________________


On Appeal from the County Court at Law No. 6 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam


 Appellant, Home-Owners Insurance Company, perfected an appeal from a judgment
entered by the County Court at Law No. 6 of Hidalgo County, Texas, in cause number
CL-07-3797-F. The parties to this appeal have filed a joint notice of filing of nonsuit on
grounds that the parties have reached a settlement regarding the matters at issue in this
appeal and in the underlying proceeding. The parties request that this Court dismiss the
appeal. 

 The Court, having considered the documents on file and the parties' joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). The parties' joint motion to dismiss is granted, and the appeal is hereby
DISMISSED. In accordance with the agreement of the parties, costs are taxed against the
party incurring same. See Tex. R. App. P. 42.1(d). Having dismissed the appeal at the
parties' request, no motion for rehearing will be entertained, and our mandate will issue
forthwith.


 PER CURIAM

Memorandum Opinion delivered and

filed this the 12th day of March, 2009.